UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZITA SHING CHUA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> MERS; BANK OF AMERICA; BANK OF ) <br> AMERICA HOME LOANS; COUNTRYWIDE ) <br> BANK; HOME AMERICAN MORTGAGE ) <br> CORP.; GREEN TREE SERVICING LLC; ) <br> RECONTRUST COMPANY, N.A.; FIRST ) <br> AMERICAN TITLE; BAC HOME LOANS ) <br> SERVICING, LP; REICHMOND AMERICAN ) <br> HOMES; M.W. SCHOEFIELD, ASSESSOR; *et al.,* ) <br> ) <br> Defendant(s). ) <br> _____) | Case No. 2:10-0665-RLH-RJJ <br><br> **O R D E R** <br> (Motion to Dismiss–#6) |

The Court having considered Plaintiff's Motion to Dismiss Plaintiff's Complaint Without Prejudice (#6, filed July 23, 2010), and Defendants' Notice of Non-Opposition to Plaintiff's Motion to Dismiss (#7), and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Plaintiff's Complaint Without Prejudice (#6) is GRANTED and Plaintiff's Complaint herein is DISMISSED, WITHOUT PREJUDICE.

Dated: August 5, 2010.

_____
Roger L. Hunt
Chief United States District Judge